# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA BROUNS, | Case No. 17-cv-00240-SK |
| Plaintiff, | |
| v. | **CONDITIONAL DISMISSAL** |
| FEDEX CORPORATION, | Regarding Docket No. 138 |
| Defendant. | |

The Court is advised that the parties have reached a tentative settlement of this case and expect to file for a dismissal with prejudice as soon as the settlement agreement is executed. Therefore, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of sixty days, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED**.

Dated: February 13, 2019

_____
SALLIE KIM
United States Magistrate Judge